[No. 46698-4-I.   Division One.   February 18, 2003.]

UROMARK INTERNATIONAL, INC., *Appellant*, v. R/W
CONSTRUCTION MANAGEMENT & CONSULTING
CORPORATION, *Respondent*.

R/W CONSTRUCTION MANAGEMENT AND CONSULTING CORPORATION,
*Respondent*, v. UROS NENADIC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 98-2-05088-6, Charles S. French, J.,
entered May 15, 2000. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Cox, A.C.J., and Appelwick, J.

[No. 47555-0-I.   Division One.   February 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LELAND
JASPERS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-1-02743-1, Richard A. Jones, J., entered
April 17, 2001. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Becker, C.J., and Ellington, J.

[Nos. 47584-3-I; 49371-0-I.   Division One.   February 18, 2003.]

KAREN CALAGNA, ET AL., *Respondents*, v. SHAHAB KHADEMI, ET
AL., *Appellants*.

Appeals from a judgment of the Superior Court for King
County, No. 98-2-14585-4, Steven G. Scott, J., entered
October 12 and 23, 2000. *Affirmed* by unpublished opinion
per Grosse, J., concurred in by Coleman and Appelwick, JJ.

[No. 48185-1-I.   Division One.   February 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES VERNON
TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-1-10260-3, Suzanne M. Barnett, J., entered
February 2, 2001. *Affirmed* by unpublished per curiam
opinion.